NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
KEVIN D. SCHIFF
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Kevin.Schiff@usdoj.gov
*Attorneys of the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICAN, <br><br> Plaintiff, <br><br> vs. <br><br> ANTHONY HURTADO, <br><br> Defendant. | 2:19-cr-00265-RFB-VCF <br><br> **Stipulation to Extend Response and Reply Deadlines Re: Defendant's Motion to Sever and/or Bifurcate (ECF No. 38)** |

It is stipulated and agreed, by and between Nicholas A. Trutanich, United States Attorney; Kevin D. Schiff, Assistant United States Attorney, counsel for the United States of America and Lisa Rasmussen, Esq., counsel for defendant Hurtado;

That the Government's deadline to respond to the Motion to Sever and/or Bifurcate (ECF No. 38) shall be extended from Tuesday December 24, 2019 to Friday

///

///

January 3, 2020. Hurtado's deadline for reply shall also be appropriately extended.

DATED this 23rd day of December, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Kevin Schiff*
Kevin D. Schiff
Assistant United States Attorney

*/s/ Lisa Rasmussen*
Lisa A. Rasmussen, Esq.
Counsel for Defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICAN, <br><br> Plaintiff, <br><br> vs. <br><br> ANTHONY HURTADO, <br><br> Defendant. | 2:19-cr-00265-RFB-VCF <br><br> **Order to Extend Response and Reply Deadlines Re: Defendant's Motion to Sever and/or Bifurcate (ECF No. 38)** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court orders that the Government shall have until Friday January 3, 2020 to respond to Defendant's Motion to Sever and/or Bifurcate (ECF No. 38). Defendant shall have until January, 17th , 2020, in which to file a reply.

IT IS SO ORDERED

_____
THE HONORABLE RICHARD F. BOULWARE II
UNITED STATES DISTRICT JUDGE

DATED: December 24, 2019