LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES**
550 E. Charleston Blvd., Suite A
Las Vegas, NV  89104
(702) 222-0007 (T) | (702) 222-0001 (F)
Lisa@Veldlaw.com

Attorneys for Anthony Hurtado

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ANTHONY HURTADO,<br><br>　　　　　　Defendant | Case No.: 2:19-cr-00265 RFB-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING  DATE; AND ORDER** |

　　　It is stipulated and agreed, by and between Christopher Chiou, Acting United States Attorney and his Assistant United States Attorney Susan Cushman, counsel for the United States of America and Lisa Rasmussen, counsel for Anthony Hurtado as follows:

　　　1.　　Sentencing in this matter is presently scheduled for July 29, 2021.

　　　2.　　Counsel for the defendant needs additional time to conduct mitigation investigation relevant to Mr. Hurtado's sentencing.

　　　3.　　The government is not opposed to this request.

　　　4.　　The parties request a date not earlier than mid-September 2021.

STIPULATION TO CONTINUE SENTENCING  DATE; AND ORDER - 1

5. Mr. Hurtado is in custody and is not opposed to this request.

6. All other defendants in this matter have already been sentenced.

7. This is the first request to continue the sentencing in this matter and this request is not made for the purpose of delay.

8. Denial of this request for a continuance of the sentencing could result in a miscarriage of justice.

IT IS SO STIPULATED.

Dated this 26TH day of July 2021.

THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES,

/s/ Lisa A. Rasmussen
LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
Attorneys for Anthony Hurtado

**CHRISTOPHER CHIOU**
Acting United States Attorney,

/s/ Susan Cushman

By: Susan Cushman
Assistant United States Attorney

STIPULATION TO CONTINUE SENTENCING DATE; AND ORDER - 2

**ORDER**

Upon the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the sentencing date presently schedule for July 29, 2021 is hereby vacated and continued to the __23rd__ day of __September, 2021__ at __9:00__ a.m./p.m.

IT IS SO ORDERED.

Dated: __July 27, 2021__

_____
The Honorable Richard F. Boulware, II
United States District Judge

STIPULATION TO CONTINUE SENTENCING DATE; AND ORDER - 3