LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES**
550 E. Charleston Blvd., Suite A
Las Vegas, NV  89104
(702) 222-0007 (T) | (702) 222-0001 (F)
Lisa@Veldlaw.com

Attorneys for Anthony Hurtado

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>ANTHONY HURTADO,<br><br>         Defendant | Case No.: 2:19-cr-00265 RFB-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING  DATE; AND ORDER** |

It is stipulated and agreed, by and between Christopher Chiou, Acting United States Attorney and his Assistant United States Attorney Susan Cushman, counsel for the United States of America and Lisa Rasmussen, counsel for Anthony Hurtado as follows:

1.   Sentencing in this matter is presently scheduled for September 23, 2021.

2.   Counsel for the defendant needed additional time to meet with her client prior to sentencing as part of her preparation for the sentencing memorandum that needs to be filed and she was able to meet with him yesterday.

STIPULATION TO CONTINUE SENTENCING  DATE; AND ORDER - 1

3. Counsel for the defendant is requesting a two week continuance to a date that is convenient to the court's schedule.

4. The government is not opposed to this request.

5. Ms. Cushman is not available October 12 through October 14, 2021.

6. Mr. Hurtado is in custody and is not opposed to this request.

7. Mr. Hurtado is requesting that he be present for sentencing because he has no hearing in one ear and the video is difficult for him, additionally, he feels more comfortable being present with his counsel. To the extent that there will be a 14 day quarantine prior to his appearance, a date that accommodates the necessary quarantine period should be selected.

8. All other defendants in this matter have already been sentenced.

9. This is the second request to continue the sentencing in this matter and this request is not made for the purpose of delay.

10. Denial of this request for a continuance of the sentencing could result in a miscarriage of justice.

IT IS SO STIPULATED.

Dated this 17TH day of September 2021.

| THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES, | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| */s/ Lisa A. Rasmussen*<br>By:   Lisa A. Rasmussen, Esq,<br>        NV Bar No. 7491 | */s/ Susan Cushman*<br>By:  Susan Cushman<br>Assistant United States Attorney |

STIPULATION TO CONTINUE SENTENCING  DATE; AND ORDER - 2

## ORDER

Upon the Stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the sentencing date presently scheduled for September 23, 2021 is vacated and continued to the <u>8th</u> day of October, 2021 at the hour of <u>8:30 AM</u> in LV Courtroom 7C.

IT IS SO ORDERED.

Dated: September 19, 2021.



The Honorable Richard F. Boulware, II
U.S. District Court Judge

STIPULATION TO CONTINUE SENTENCING DATE; AND ORDER - 3