CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Susan.Cushman@usdoj.gov
*Attorneys of the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY HURTADO,<br><br>Defendant. | 2:19-cr-00265-RFB-VCF<br><br>**Stipulation to Continue Sentencing (Third Request)** |

It is stipulated and agreed, by and between Christopher Chiou, Acting United States Attorney; Susan Cushman, Assistant United States Attorney, counsel for the United States of America and Lisa Rasmussen, Esq., counsel for defendant Hurtado;

That the sentencing scheduled in this matter for October 8, 2021, be vacated and continued for October 20, 2021 at 1:00 p.m. This stipulation is entered into for the following reasons:

1. The parties agree to the continuance;

2. Defendant is currently in custody and does not object to the continuance;

3. Counsel for the government requests and opportunity to review and file a

written response to defendant's sentencing memorandum;

    4. Denial of the request to continue the sentence may result in a miscarriage of justice;

    5. This is the third request for a continuance.

    DATED this 4th day of October 2021.

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Susan Cushman*
Susan Cushman
Assistant United States Attorney

*/s/ Lisa Rasmussen*
Lisa Rasmussen, Esq.
Counsel for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-cr-00265-RFB-VCF |
| Plaintiff, | **Order** |
| vs. | |
| ANTONY HURTADO, | |
| Defendant. | |

I. Findings of Fact

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. The parties agree to the continuance;

2. Defendant is in-custody and does not object to the continuance;

3. The government requests an opportunity to review and file a written response to defendant's sentencing memorandum;

4. A denial of the request to continue could result in a miscarriage of justice;

5. This is the third request for continuance.

II. Order

It is ordered the sentencing currently scheduled for October 8, 2021, be vacated and continued to October 20, 2021, at 1:00 p.m.

IT IS SO ORDERED

_____
THE HONORABLE RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE

DATED: October 4, 2021

3